ACCEPTED
03-15-00441-CV
6385201
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/6/2015 12:39:11 PM
JEFFREY D. KYLE
CLERK

Case No. 03-15-00441-CV

_____

## COURT OF APPEALS
## FOR THE THIRD DISTRICT

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/6/2015 12:39:11 PM
JEFFREY D. KYLE
Clerk

_____

YOUTH EMPOWERMENT SERVICES, INC. D/B/A HIGGS CARTER KING GIFTED AND TALENTED CHARTER ACADEMY

Plaintiff- Appellant

V.

TEXAS EDUCATION AGENCY and MICHAEL WILLIAMS, IN HIS OFFICIAL CAPACITY AS THE COMMISSIONER OF EDUCATION

Defendant- Appellee

On Appeal from the 345th Judicial District
of Travis County, Texas, Cause No. D-1-GN-15-001090
_____

## PLAINTIFF- APPELLANT'S
## MOTION FOR EXTENSION ON BRIEFING DEADLINE

_____

THE LAW OFFICES OF RYAN HENRY, PLLC
1380 Pantheon Way, Ste. 215
San Antonio, Texas 78232
Telephone:  (210) 257-6357
Facsimile: (210) 569-6494
ryan.henry@rshlawfirm.com


_____
Ryan Henry
State Bar No. 24007347

August 6, 2015          Counsel for Plaintiff-Appellant

1

| | | |
|---|---|---|
| YOUTH EMPOWERMENT SERVICES, INC. d/b/a HIGGS CARTER KING GIFTED & TALENTED CHARTER ACADEMY | § § § § § § § | IN THE 3RD COURT OF APPEALS |
| *Appellant* | § § | |
| V. | § § | |
| TEXAS EDUCATION AGENCY & MICHAEL WILLIAMS, in his Official Capacity as the Commissioner of Education | § § § § | |
| *Appellee* | § | TRAVIS COUNTY, TEXAS |

## APPELLANT'S FIRST MOTION FOR EXTENSION ON BRIEFING DEADLINE

TO THE HONORABLE JUDGE OF SAID COURT:

Appellant, YOUTH EMPOWERMENT SERVICES, INC. d/b/a HIGGS CARTER KING GIFTED & TALENTED CHARTER ACADEMY (hereinafter "HCK"), files this its First Motion for Extension and shows the Court as follows:

The Appellant HCK filed this appeal on July 17, 2015 due to the judge in the 345th District Court of Travis County granting Defendant-Appellee's Plea to the Jurisdiction. The judge stated that he granted the Defendant's PTJ due to at least one of the claims not being ripe for litigating at the time. After the order was signed, the Defendants began the process of trying to seize Plaintiff's real property and assets, making the aforementioned claim ripe.

HCK filed a motion to reconsider and for new trial in the 345th Judicial District Court on July 30, 2015, within the plenary power of the trial court. It also sought an order from the court to enforce a Rule 11 between the parties wherein the TEA and Williams agreed not to seize any property until a final order in the case. Due to this filing, the judge's plenary power over the matter extends to 75 days after the order granting the plea to the jurisdiction was signed. The judge has not yet ruled on the matter.

Further, counsel for HCK has a scheduled vacation out of the country from August 9 to August 16, 2015 and previously filed a vacation with the trial court to this effect. I request that the court take into account my scheduled vacation as well as our desire to await the district court's decision on our motion and extend the deadline of our briefing from August 21, 2015 to September 20, 2015 (an additional 30 days). I have consulted with the attorney for the Defendants and she is unopposed to the relief sought in this motion to extend deadline.

HCK prays this court grant this first motion for extension and extend the briefing deadline to September 20, 2015. HCK further requests what other relief it may be entitled to regarding this motion.

SIGNED this 6<u>th</u> day of August, 2015.

Respectfully submitted,

THE LAW OFFICES OF RYAN HENRY, PLLC
1380 Pantheon Way, Ste. 215
San Antonio, Texas 78232
Telephone: (210) 257-6357
Facsimile: (210) 569-6494
ryan.henry@rshlawfirm.com

_____
Ryan S. Henry
State Bar No. 24007347

ATTORNEY FOR APPELLEE

**CERTIFICATE OF CONFERENCE**

I certify that I have conferred with Erika Laremont, attorney for Defendant-Appellee, via email, and she is unopposed to Plaintiff- Appellant's motion for extension stated herein.

BY: _____
RYAN S. HENRY

4

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served in accordance with Texas Rules of Civil Procedure on this the 6th day of August, 2015, as indicated below.

Erika Laremont
General Litigation
PO Box 12548
Austin, Texas 78711-2548
Attorney for Defendants/Appellant's
Texas Education Agency and
Michael Williams

Sent Via Email:
*Erika.Laremont@texasattorneygeneral.gov*

_____
RYAN S. HENRY